■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

JUNIOUS HOLT, Appellant.—Judgment, Supreme Court, Bronx County (Dominick Massaro, J.), rendered May 2, 1988, which convicted defendant, upon his guilty plea, of a violation of probation and resentenced him to a term of 1 to 3 years' imprisonment, unanimously affirmed.

Defendant's contentions as to the insufficiency of the allocution and of the opportunity to address the court have not been preserved as matters of law for appellate review. *(People v Pellegrino,* 60 NY2d 636; *People v Lombardo,* 108 AD2d 873 [2d Dept].) We find no basis to exercise our interest of justice jurisdiction where defendant, represented by counsel and present in court, pleaded guilty to the probation violation charge. *(People v Pons,* 134 AD2d 378 [2d Dept].) Concur— Murphy, P. J., Sullivan, Carro, Wallach and Rubin, JJ.